UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLUMBIA PROPERTIES OF
MICHIGAN,   No. 06-10624

    Plaintiff,   District Judge Julian Abele Cook

v.   Magistrate Judge R. Steven Whalen

COUNTY OF WAYNE, et.al.,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #34]. Oral argument was held on August 14, 2007.

On August 21, 2007, the Court entered an Order [Docket #49] granting the motion to compel as to Plaintiff's Interrogatory #3, and taking the motion under advisement as to Plaintiff's Interrogatory #1, pending *in camera* review of the requested emails and correspondence listed on Defendant Township's privilege log.

The Court has now conducted the *in camera* review, and finds the following Bates numbered documents protected by attorney-client privilege, and therefore not discoverable:

Nos.   200001-200037
         200039-200044
         200047-200048
         200050-200060

      200063-200073
      200091
      200093
      200097
      200099
      400002-400035
      400036-400038
    400070-400082
     400085-400104
   400106-4000120
    400123-400135

The Motion to Compel is DENIED as to these Bates numbered documents.

The Court finds further that Bates numbered documents 400001, 400083, 400084, 400105, 400121, and 400122 are not privileged. However, because these documents, consisting of correspondence between counsel for Plaintiff and counsel for Defendant, are equally accessible to the moving party, Plaintiff's motion to compel these documents is DENIED.

Defendant also included document numbers 400039-400064 in its privilege log but did not provide the Court with these documents. Defendant shall be granted ten days from the date of this Order to submit 400039-400064 for inspection or waive its claim of privilege with regard to these documents.

The documents that Defendant submitted for *in camera* review shall be filed under seal.

SO ORDERED.

S/R. Steven Whalen
					R. STEVEN WHALEN
					UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2007

					CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 21, 2007.


					S/Gina Wilson
					Judicial Assistant